OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Columbus Bar Association v. Wolery.
[Cite as Columbus Bar Assn. v. Wolery (1993),    Ohio St.3d   .]
(No. 92-1707 -- Submitted and decided February 2, 1993.)
On Application for Reinstatement.

This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John J. Wolery.

The Supreme Court of Ohio coming now to consider its order of December 9, 1992, suspending respondent, John J. Wolery, from the practice of law in Ohio for a period of two years, retroactive to November 21, 1990, finds that the respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(10)(A). Therefore,

IT IS ORDERED by the court that John J. Wolery, Attorney Registration No. 0022123, be, and hereby is, reinstated to the practice of law in the state of Ohio.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1).

For earlier case, see (1992), 65 Ohio St.3d 149, 602 N.E. 2d 605.

Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur